# UNITED STATES DISTRICT COURT
## for the
_____ District of _____
_____ Division

FILED LODGED ENTERED RECEIVED
JUN 28 2021 ST
AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY                                DEPUTY

PLAINTIFF #: SEA 104076

RAYMOND A FORSMAN,  )
**Plaintiff(s)**  )
(Write the full name of each plaintiff who is filing this complaint.  )
If the names of all the plaintiffs cannot fit in the space above,  )
please write "see attached" in the space and attach an additional  )
page with the full list of names.)  )
-v-  )
  )
Port of Seattle a LEGAL/MANAGERS )
  )
**Defendant(s)**  )
(Write the full name of each defendant who is being sued. If the  )
names of all the defendants cannot fit in the space above, please  )
write "see attached" in the space and attach an additional page  )
with the full list of names.)  )

Case No. 21-CV-867 RSM
(to be filled in by the Clerk's Office)

Jury Trial: (check one) [X] Yes [ ] No

## COMPLAINT FOR A CIVIL CASE

### I. The Parties to This Complaint

**A. The Plaintiff(s)**

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | RAYMOND A FORSMAN |
| Street Address | 50 W. MAUDE |
| City and County | PORT HADLOCK, JEFFERSON |
| State and Zip Code | WA  98339 |
| Telephone Number | 206-565-9175 |
| E-mail Address | ADMIRAL@OLYPEN.COM |

**B. The Defendant(s)**

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known). Attach additional pages if needed.

**Defendant No. 1**

- Name: Port of Seattle
- Job or Title (if known): MANAGERS
- Street Address: 2711 ALASKAN WAY
- City and County: Seattle   KING
- State and Zip Code: WA. 98121
- Telephone Number: 206-787-3000
- E-mail Address (if known): www.PortofSeattle.ORG

**Defendant No. 2**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 3**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

**Defendant No. 4**

- Name:
- Job or Title (if known):
- Street Address:
- City and County:
- State and Zip Code:
- Telephone Number:
- E-mail Address (if known):

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

☒ Federal question  ☐ Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

### A. If the Basis for Jurisdiction Is a Federal Question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

US CONSTITUTION Fourteenth Admendment

PG 55 1134

31 USC 3729 FALSE CLAIMS ACT - FRAUD

### B. If the Basis for Jurisdiction Is Diversity of Citizenship

1. The Plaintiff(s)

   a. If the plaintiff is an individual
   
   The plaintiff, *(name)* RAYMOND A FORSMAN, is a citizen of the State of *(name)* WASHINGTON.

   b. If the plaintiff is a corporation
   
   The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

   *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

   a. If the defendant is an individual
   
   The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. Or is a citizen of *(foreign nation)* _____.

b. If the defendant is a corporation
The defendant, (name) Port of Seattle, is incorporated under the laws of the State of (name) WASHINGTON, and has its principal place of business in the State of (name) WASHINGTON. Or is incorporated under the laws of (foreign nation) _____, and has its principal place of business in (name) Seattle.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Loss of FISHING time AND opportunity Illegal FRAUDULENT BILLING

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

Port of Seattle committed FINANCIAL FRAUD By Billing for Non-ownership of vessel AND Attempted to invent JUSTIFICATION. Port ALSO Denied Fourteenth Admenment By Knowingly restricting work efforts AND By not Allowing Re-Aquasition of equptment via gift skiff to Replace existing skiff Denying Liberty.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Myself AND TRIBAL memBer crew from Suquamish TriBE Lost Federal income From Denial of Fourteenth Admendment of US- Constitution. Annual Fishing income Available From TriBAL Fish Records. Port caused end of Purse Seine Fishing career of 45 years. Port Fraudulent Billing gave impression to Federal Judges of irresponsibility. FIVE years Repatation

### V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

#### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 6-27-2021

Signature of Plaintiff
Printed Name of Plaintiff   RAYMOND A FORSMAN

#### B. For Attorneys

Date of signing:

Signature of Attorney
Printed Name of Attorney
Bar Number
Name of Law Firm
Street Address
State and Zip Code
Telephone Number
E-mail Address